UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        Plaintiff,

    -v-                                                                        23-MC-12

$180,000.00 United States Currency

        Defendant *in rem*.
_____

## STIPULATION TO EXTEND PLAINTIFF'S TIME
## TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Elizabeth M. Palma, Assistant United States Attorney, of counsel, and, Fabian Guerrero, Esq., attorney for claimant Erbey Hernandez Elizondo, that the government's time to file its Verified Complaint for Forfeiture be extended from April 27, 2023 to July 26, 2023, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

The parties to this Stipulation further agree that Erbey Hernandez Elizondo may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named property, and in that event, the

government shall then have fourteen (14) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

Dated: April 24, 2023    By:    TRINI E. ROSS
United States Attorney
Western District of New York

*Elizabeth M. Palma*
Elizabeth M. Palma
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5860
elizabeth.palma@usdoj.gov

Dated: April 12, 2023

Fabian Guerrero, Esq.
The Law Office of Fabian Guerrero
3900 W Expressway 83
McAllen, Texas 78501-8425
(956) 627-4878
Fabianlaw96@gmail.com
Attorney for Erbey Hernandez Elizondo

2